JUDGE COTE

USDC
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 2 9 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :       **INDICTMENT**

       v.                          :

TIBOR LISKA, and                   :       **07 CRIM 1074**
BLAKE BOHINC

       Defendants.                 :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

<u>COUNT ONE</u>

(Conspiracy to Commit Wire Fraud and Mail Fraud)

       The Grand Jury charges:

<u>The Scheme</u>

       1.    From in or about March 2006, though in or about
November 2007, TIBOR LISKA and BLAKE BOHINC, the defendants,
engaged in a fraudulent scheme in which they used interstate
wires and commercial mail carriers to market and sell, in the
United States and abroad, a prescription drug, sildenafil
citrate, the active ingredient in the trademarked pharmaceutical
Viagra.  As part of the fraudulent scheme, LISKA and BOHINC
falsely represented that the drug they were selling (which they
called "BOOM!") was a purely herbal supplement, and that it did
not, in fact, contain Viagra.

<u>Statutory Allegations</u>

       2.    From at least in or about March 2006, through in
or about November 2007, in the Southern District of New York and
elsewhere, TIBOR LISKA and BLAKE BOHINC, the defendants, and

others known and unknown, unlawfully, willfully and knowingly did
combine, conspire, confederate, and agree together and with each
other to commit an offense against the United States, to wit, to
violate Sections 1341 and 1343 of Title 18, United States Code.

3.   It was a further part and an object of the
conspiracy that TIBOR LISKA and BLAKE BOHINC, the defendants, and
their co-conspirators, unlawfully, willfully, and knowingly,
having devised and intending to devise a scheme and artifice to
defraud, and for obtaining money and property by means of false
and fraudulent pretenses, representations, and promises, for the
purpose of executing such scheme and artifice, and attempting so
to do, would and did place in post offices and authorized
depositories for mail matter, matters and things to be sent and
delivered by the Postal Service and would and did deposit and
cause to be deposited matters and things to be sent and delivered
by private and commercial interstate carriers, and would and did
take and receive therefrom, such matters and things, and would
and did knowingly cause to be delivered by mail and such carriers
according to the directions thereon, such matters and things, in
violation of Title 18, United States Code, Section 1341.

4.   It was a part and an object of the conspiracy that
TIBOR LISKA and BLAKE BOHINC, the defendants, and their co-
conspirators, unlawfully, willfully and knowingly, having devised
and intending to devise a scheme and artifice to defraud, and for
obtaining money and property by means of false and fraudulent

pretenses, representations, and promises, would and did transmit
and cause to be transmitted by means of wire communication in
interstate and foreign commerce, writings, signs, signals,
pictures and sounds for the purpose of executing such scheme and
artifice, in violation of Title 18, United States Code, Section
1343.

Overt Acts

5.   In furtherance of said conspiracy and to effect the
illegal objects thereof, the following overt acts, among others,
were committed in the Southern District of New York and
elsewhere:

a.   In or about March 2006, a law enforcement
officer viewed a website advertising BOOM!,
http://www.naturalboom.com, ("BOOM! website-1"), that TIBOR LISKA
and BLAKE BOHINC, the defendants, controlled, from a computer
located in Manhattan.  BOOM! Website-1 falsely stated that the
BOOM! product did not contain Viagra.

b.   In or about November 2007, LISKA and BOHINC
sold to a representative from Pfizer Inc. ("Pfizer
Representative"), sildenafil citrate, the active ingredient in
the trademarked pharmaceutical Viagra, falsely labeled as a
purely herbal supplement called "BOOM!".   The Pfizer
Representative placed an order for BOOM! through another website
that LISKA and BOHINC controlled ("BOOM! Website-2").  The
product was subsequently delivered, by Federal Express, to an

address in Middletown, New York, on or about November 8, 2007.

(Title 18, United States Code, Section 1349.)

c.    On or about November 15, 2007, LISKA and
BOHINC sold to a confidential source ("CS"), sildenafil citrate,
the active ingredient in the trademarked pharmaceutical Viagra,
falsely labeled as a purely herbal supplement called "BOOM!".  CS
placed an order for BOOM! through BOOM! Website-2, from a
computer located in Manhattan.  The product was subsequently
delivered, by Federal Express, to a Manhattan address on or about
November 20, 2007.

## FORFEITURE ALLEGATION

6.    As the result of committing the conspiracy to
commit mail and wire fraud offense, in violation of Title 18,
United States Code, Sections 1349, alleged in Count One of this
Indictment, TIBOR LISKA and BLAKE BOHINC, the defendants, shall
forfeit to the United States, pursuant to 18 U.S.C. §
981(a)(1)(C) and 28 U.S.C. § 2461, all property, real and
personal, that constitutes or is derived from proceeds traceable
to the commission of the offense, including, but not limited to,
a sum of money equal to at least $2 million in United States
currency, representing the amount of proceeds obtained as a
result of the charged fraud offense.

## Substitute Asset Provision

7.    If any of the above-described forfeitable
property, as a result of any act or omission of the defendants,

TIBOR LISKA and BLAKE BOHINC:

       (a) cannot be located upon the exercise of due diligence;

       (b) has been transferred or sold to, or deposited with, a third person;

       (c) has been placed beyond the jurisdiction of the Court;

       (d) has been substantially diminished in value; or

       (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

       (Title 18, United States Code, Section 981, Title 28, United States Code, Section 2461, and Title 18, United States Code, Section 2314).


_____
FOREPERSON


_____
MICHAEL J. GARCIA
United States Attorney


5

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

**TIBOR LISKA, and
BLAKE BOHINC**

Defendants.

INDICTMENT

07 Cr.

(Title 18, United States Code,
Section 1349)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson.

11/29/07

Assigned to Judge Cote