# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Leonard F. Joy
*Executive Director*

February 1, 2008

*Southern District of New York*
John J. Byrnes
*Attorney-in-Charge*

**By Hand**
Honorable Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

[Stamp: FEB -1 2008 CHAMBERS OF DENISE COTE]

Re: **United States v. Tibor Liska**
    07 Cr. 1074 (DLC)



Dear Judge Cote:

    I write on behalf of my client, Tibor Liska, to request a modification of his bail conditions to permit Mr. Liska to travel to Harrisburg, Pennsylvania, for a job interview during the week of February 11, 2008. When the company lets Mr. Liska know the precise time and location of the interview, he will provide this information to Wendy Londsdorf, his pretrial services officer in the District of New Jersey.

    Assistant United States Attorney Seetha Ramachandran, of behalf of the government, consents to this request.

    If this request meets with Your Honor's approval, I ask that this letter be endorsed as an Order. Thank you for your consideration of this matter.

Respectfully submitted,

Peggy M. Cross
Assistant Federal Defender
Tel.: (212) 417-8732

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 2/4/08]

**SO ORDERED:**

_____
HONORABLE DENISE L. COTE
United States District Judge

February 4, 2008

cc:  AUSA Seetha Ramachandran