# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Leonard F. Joy
*Executive Director*

**MEMO ENDORSED**

February 5, 2008

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*



**By Hand**
Honorable Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: **United States v. Tibor Liska**
  **07 Cr. 1074 (DLC)**

Dear Judge Cote:

    I write on behalf of my client, Tibor Liska. On February 1, 2008, I requested a modification of Mr. Liska's bail conditions to permit Mr. Liska to travel to Harrisburg, Pennsylvania, for a job interview during the week of February 11, 2008. The Court granted that request on February 4. See Attachment A.

    After the Court granted my request, Mr. Liska was informed that the location of the job interview has been moved to Louisville, Kentucky. In consequence, I now request that Mr. Liska's bail conditions be modified to permit him to travel instead to Louisville, Kentucky, for a job interview during the week of February 11, 2008. Mr. Liska anticipates that he will be in Louisville on February 12, 13, and 14. Once the timing and location of the interview are finalized, he will provide this information to Wendy Londsdorf, his pretrial services officer in the District of New Jersey.

    Assistant United States Attorney Seetha Ramachandran, of behalf of the government, consents to this request.

    If this request meets with Your Honor's approval, I ask that this letter be endorsed as an Order.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/08
```

       I apologize for inconveniencing the Court. Thank you for your consideration of this matter.

Respectfully submitted,

*Peggy M. C*

Peggy M. Cross
Assistant Federal Defender
Tel.: (212) 417-8732

**SO ORDERED:**

_____
**HONORABLE DENISE L. COTE**
United States District Judge

February 5, 2008

cc: AUSA Seetha Ramachandran (via fax)