# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

**MEMO ENDORSED**

March 5, 2008

*Southern District of New York*
John J. Byrnes
*Attorney-in-Charge*

**By Hand**
Honorable Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

MAR 0 6 2008
CHAMBERS OF
DENISE COTE

Re: **United States v. Tibor Liska**
    **07 Cr. 1074 (DLC)**

Dear Judge Cote:

    I write on behalf of my client, Tibor Liska, to request a ten-day extension of the motion schedule in the above-referenced case.

    At a pretrial conference on December 6, 2007, the Court set a motion deadline of March 7, 2008 for defense motions and March 14 for the government's response. I request that the Court adjourn those dates for ten days, to March 17 and March 24, respectively.

    There is additional discovery, including videos produced on February 20, that I need to discuss with Mr. Liska prior to filing the motions and I will be out of town March 6 through March 13.

    Assistant United States Attorney Seetha Ramachandran, of behalf of the government, consents to this request.

    On behalf of my client, I thank the Court for its consideration of this matter.

Respectfully submitted,

*Peggy M. Cross*

Peggy M. Cross
Assistant Federal Defender
Tel.: (212) 417-8732

*Granted. Opposition due 3/31/08.*
*Denise Cote*
*March 6, 2008*

cc: AUSA Seetha Ramachandran
    Laura Birger, Esq. (212-479-6079)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/08