# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Leonard F. Joy
*Executive Director*

March 25, 2008

*Southern District of New York*
John J. Byrnes
*Attorney-in-Charge*

**By Hand Delivery**
Honorable Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007



RECEIVED
MAR 26 2008
CHAMBERS OF
DENISE COTE

 **Re:  United States v. Tibor Liska
   07 Cr. 1074 (DLC)**

**MEMO ENDORSED**

Dear Judge Cote:

   I write on behalf of my client, Tibor Liska, to request
a modification of his bail conditions to permit Mr. Liska to
travel to Phoenix, Arizona, at the request of his employer, from
Sunday March 30 until Tuesday April 1.  When the company lets Mr.
Liska know the details regarding his hotel accommodations, he
will provide this information to Wendy Londsdorf, his pretrial
services officer in the District of New Jersey.

   Assistant United States Attorney Seetha Ramachandran,
of behalf of the government, consents to this request.

   If this request meets with Your Honor's approval, I ask
that this letter be endorsed as an Order.  Thank you for your
consideration of this matter.

          Respectfully submitted,

          Peggy M. Cross
          Assistant Federal Defender
          Tel.: (212) 417-8732

          **SO ORDERED:**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/08

          **HONORABLE DENISE L. COTE**
          United States District Judge

          *March 26, 2008*

cc:  AUSA Seetha Ramachandran