# Federal Defenders
## OF NEW YORK, INC.



Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*



April 29, 2008

Southern District of New York
John J. Byrnes
Attorney-in-Charge

**By Facsimile**
Honorable Robert R. Patterson (Part I)
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: **United States v. Tibor Liska**
    **07 Cr. 1074 (DLC)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/08

Dear Judge Patterson:

    I write on behalf of my client, Tibor Liska. Mr. Liska pled guilty in front of Judge Cote last week and he presently is awaiting sentencing. I have been informed by Judge Cote's Chambers that she is out of the district and her Chambers suggested I contact you as the Part I Judge.

    I write to request a modification of Mr. Liska's bail conditions to permit him to travel to Harrisburg, Pennsylvania, at the request of his employer, from Wednesday April 30 until Friday May 2. Judge Cote previously has approved bail modifications necessitated by Mr. Liska's work travel needs. Mr. Liska already has provided the details regarding his travel to Wendy Londsdorf, his pretrial services officer in the District of New Jersey, who does not object to this modification.

    Assistant United States Attorney Seetha Ramachandran, of behalf of the government, consents to this request.

**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

Leonard F. Joy
*Executive Director*

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Honorable Robert R. Patterson
United States District Judge
Southern District of New York

April 29, 2008
Page 2

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

Re: **United States v. Tibor Liska**
    07 Cr. 1074 (DLC)

If this request meets with Your Honor's approval, I ask that this letter be endorsed as an Order. Thank you for your consideration of this matter.

Respectfully submitted,

Peggy M. Cross
Assistant Federal Defender
Tel.: (212) 417-8732

SO ORDERED: April 29, '08

HONORABLE ROBERT R. PATTERSON
United States District Judge

cc: AUSA Seetha Ramachandran