# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

**MEMO ENDORSED**

May 13, 2008

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

**By Hand Delivery**
Honorable Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/13/08

Re: **United States v. Tibor Liska**
    07 Cr. 1074 (DLC)

Dear Judge Cote:

I write on behalf of my client, Tibor Liska, to request a modification of his bail conditions to permit Mr. Liska to travel to Harrisburg, Pennsylvania, when requested to do so by his employer. In the coming months, Mr. Liska's job will require him to travel to Harrisburg on an almost-weekly basis. Prior to any travel to Harrisburg, Mr. Liska will provide information regarding his itinerary and hotel accommodations to Wendy Londsdorf, his pretrial services officer in the District of New Jersey, and he will comply with her requests regarding reporting while he is away and when he returns.

Assistant United States Attorney Seetha Ramachandran, of behalf of the government, and Jason Lerman, on behalf of the Southern District of New York pretrial services office, consent to this request.

If this request meets with Your Honor's approval, I ask that this letter be endorsed as an Order. In the alternative, I ask that Mr. Liska's bail conditions be modified to permit him to take his next-scheduled business trip to Harrisburg from May 14-16.

*[Handwritten endorsement: Granted. /s/ Denise Cote, May 13, 2008]*

Honorable Denise L. Cote                    May 13, 2008
United States District Judge                Page 2

    Re: **United States v. Tibor Liska**
        **07 Cr. 1074 (DLC)**

Thank you for your consideration of this matter.

Respectfully submitted,

*[signature: Peggy M. C.]*

Peggy M. Cross
Assistant Federal Defender
Tel.: (212) 417-8732

**SO ORDERED:**

_____
**HONORABLE DENISE L. COTE**
United States District Judge

cc: AUSA Seetha Ramachandran