# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Leonard F. Joy
*Executive Director*

June 16, 2008

*Southern District of New York*
John J. Byrnes
*Attorney-in-Charge*

**By Hand Delivery**
Honorable Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007



Re:  **United States v. Tibor Liska**
     **07 Cr. 1074 (DLC)**

**MEMO ENDORSED**

Dear Judge Cote:

    I write on behalf of my client, Tibor Liska, to request a further modification of his bail conditions. Currently, Mr. Liska is supervised by Wendy Londsdorf in the Trenton office of the District of New Jersey's pretrial services office. My understanding is that Mr. Liska has been compliant with all of Ms. Londsdorf's requests to date.

    Since his presentment on November 28, 2007, Mr. Liska has been on strict pretrial supervision. As a result of this condition, Mr. Liska must travel to Trenton from his home in Ocean Township, New Jersey, to see Ms. Londsdorf once a week. In addition to the time strain this two-hour round trip places on Mr. Liska's work schedule, the rising cost of gas has made the trip ever-more expensive. In consequence, I ask that Mr. Liska's bail conditions be modified to replace his strict pretrial supervision with regular pretrial supervision. Ms. Londsdorf will retain the ability to require Mr. Liska to report in person when she deems it appropriate, but he and she will not be bound by the weekly in-person reporting requirement that accompanies strict pretrial supervision.

    Assistant United States Attorney Seetha Ramachandran, of behalf of the government, and Jason Lerman, on behalf of the Southern District of New York pretrial services office, consent to this request.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-17-08

Honorable Denise L. Cote  June 10, 2008
United States District Judge  Page 2

Re: **United States v. Tibor Liska**
   **07 Cr. 1074 (DLC)**

    If this request meets with Your Honor's approval, I ask that this letter be endorsed as an Order.

    Thank you for your consideration of this matter.

Respectfully submitted,

Peggy M. Cross
Assistant Federal Defender
Tel.: (212) 417-8732

**SO ORDERED:**

_____
**HONORABLE DENISE L. COTE**
United States District Judge

June 17, 2008

cc: AUSA Seetha Ramachandran