```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :    07 CR. 1074-01
                                         :    (DLC)
            -v-                          :
                                         :         ORDER
TIBOR LISKA,                             :
                                         :
                  Defendant.             :
                                         :
-----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-11-08

DENISE COTE, District Judge:

For the reasons set forth in the July 10, 2008 letter from counsel for defendant Tibor Liska, and with consent of the Government, it is hereby

ORDERED that the sentence date previously scheduled for July 25, 2008 is adjourned to **September 5, 2008** at **2:30 p.m.**

IT IS FURTHER ORDERED that any defense submissions regarding sentence shall be due **August 22** and the Government's response shall be due **August 29**.

Dated:   New York, New York
         July 11, 2008

                                    _____
                                              DENISE COTE
                                    United States District Judge