```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :   07 CR. 1074-01 (DLC)
                                         :
           -v-                           :   ORDER
                                         :
TIBOR LISKA,                             :
                                         :
                     Defendant.          :
                                         :
-----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-3-08

DENISE COTE, District Judge:

For the reasons set forth in defense counsel's letter dated August 28, 2008 and with the consent of the Government, it is hereby

ORDERED that the September 5, 2008 sentence is adjourned to **September 26,** at **4 p.m.**

IT IS FURTHER ORDERED that any defense submissions regarding sentence shall be due **September 15** and the Government's response shall be due **September 22.**

Dated:   New York, New York
         September 3, 2008

_____
DENISE COTE
United States District Judge